MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIPE RUIZ, and<br>JOSE GABRIEL AGUIRRE,<br><br>　　　　　　　Defendants. | CASE NO. 1:25-MJ-00030-SAB<br><br>MOTION AND ORDER TO UNSEAL CASE |

　　　The government moves the Court to unseal the Indictment and all other filings in this case. On or about April 2, 2025, the defendants were arrested. They will make their initial appearance on April 2, 2025. Therefore, the case should be unsealed to advise the defendants of the charges against them.

Dated: Apriol 2, 2025

　　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO. 1:25-MJ-00030-SAB

12 |            Plaintiff,               ORDER TO UNSEAL CASE

13 |     v.

14 | FELIPE RUIZ, and
   | JOSE GABRIEL AGUIRRE,

15 |            Defendants.

16

17     Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered
18 that the Indictment and other court filings in the case be UNSEALED.
19

20     IT IS SO ORDERED
21

22

23
   DATED: 4/2/2025
24
                                          _Sheila K. Oberto_
25                                        HON. SHEILA K. OBERTO
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28

                                    2