UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>FELIPE RUIZ,<br><br>        Defendant. | Case No.: 25-CR-00079-JLT-SKO<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

Defendant Felipe Ruiz seeks to modify the conditions of his pretrial release to allow him to travel to the Central District of California from Friday, April 25, 2025, to Sunday, April 27, 2025, for the limited purpose of attending his father's funeral. United States Pretrial Services and the United States of America do not oppose the motion.

Good cause appearing, the Court GRANTS the motion. Mr. Ruiz may travel to the Central District of California on Friday, April 25, 2025, and shall return to the Eastern District of California on Sunday, April 27, 2025 by 5:00 pm. Mr. Ruiz must notify Pretrial Services before he departs and upon his return to the Eastern District of California.

All other conditions of release shall remain unchanged.

IT IS SO ORDERED.

Dated: **April 23, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge