MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:25-CR-00079-JLT-SKO |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| FELIPE RUIZ, and | |
| JOSE GABRIEL AGUIRRE, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Maritsa Flaherty, counsel for defendant Felipe Ruiz, and Ashli Summer McKeivier and Marc Days, counsel for defendant Jose Gabriel Aguirre, that this action's **Wednesday, June 18, 2025, status conference be continued to Wednesday, September 17, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. The grand jury returned an indictment regarding this matter on April 10, 2025. ECF 28. Since that time, the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of third parties' personal information without

1

1. redactions, which the Court endorsed by way of formal order on April 17, 2025. ECF 39 and 40. The government then prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by Eastern District of California Local Rule 440. The defense is and has been reviewing discovery thus far provided.

2. The government produced supplemental discovery to the defense on April 29, 2025. The government has additional supplemental discovery that it will mail out to the defense by June 13, 2025. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

3. Defense counsel needs more time to complete its review of the discovery, conduct additional investigation, and communicate with the defendants about the case.

4. Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. The parties therefore stipulate that the period of time from June 18, 2025, through and including September 17, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: June 11, 2025　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　By: /s/ BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　　BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: June 11, 2025　　　　　　　　　　　By: /s/ MARITSA FLAHERTY
　　　　　　　　　　　　　　　　　　　　　MARITSA FLAHERTY
　　　　　　　　　　　　　　　　　　　　　Counsel for Felipe Ruiz

2

| | | |
|---|---|---|
| Dated: June 11, 2025 | By: | /s/ ASHLI SUMMER MCKEIVIER |
| | | ASHLI SUMMER MCKEIVIER |
| | | Counsel for Jose Gabriel Aguirre |
| | | |
| Dated: June 11, 2025 | By: | /s/ MARC DAYS |
| | | MARC DAYS |
| | | Counsel for Jose Gabriel Aguirre |

**O R D E R**

IT IS ORDERED that the status conference currently set for June 18, 2025, at 1:00 pm is hereby continued to September 17, 2025, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from June 18, 2025, through and including September 17, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   6/12/2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge

3