UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Felipe Ruiz,<br><br>　　　　　Defendant. | Case No.: 25-CR-00079-JLT-SKO<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND AND FOR PERMISSION TO TRAVEL** |

　　Defendant Felipe Ruiz seeks to modify the conditions of his pretrial release to remove the condition of home incarceration and reinstate his previously ordered curfew. Additionally, Felipe Ruiz seeks permission to travel to Palm Bluffs Surgery Center in Fresno, California on December 17, 2025, to accompany his daughter during her surgery. United States Pretrial Services does not oppose the motion. The United States of America does not oppose the requested permission to travel, and defers to the Court regarding the bond modification.

　　Good cause appearing, the Court GRANTS the motion. All other conditions of release shall remain unchanged.

　　**IT IS SO ORDERED.**

DATED:　__December 9, 2025__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**