ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
KEVIN C. KHASIGIAN
ELISA M. RODRIGUEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FELIPE RUIZ, and<br>JOSE GABRIEL AGUIRRE,<br><br>                    Defendants. | CASE NO.  1:25-CR-00079-JLT-SAB<br><br>*AMENDED* PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty plea to Count One of the Indictment entered on September 23, 2025, by defendants Felipe Ruiz and Jose Gabriel Aguirre, which charged them with conspiracy to commit healthcare fraud; the United States' Motion for Preliminary Order of Forfeiture; the briefing opposing and in support of the motion; the argument given on the record, the Court's forfeiture findings and ruling at the April 13, 2026, sentencing hearing, and the Application for *Amended* Preliminary Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1.        Pursuant to 18 U.S.C. § 987(a)(7) and Fed. R. Crim. P. 32.2, defendants Felipe Ruiz's and Jose Gabriel Aguirre's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law.

     a.   Real property located at 122 W. Herndon Avenue, Pinedale, Fresno County, California, APN: 303-165-33,

     b.   Real property located at 126 W. Herndon Avenue, Pinedale, Fresno County, California, APN: 303-165-34,

c. Real property located at 134 W. Herndon Avenue, Pinedale, Fresno County, California, APN: 303-165-35,

d. Real property located at 1665 Jones Street, Dos Palos, Merced County, California, APN: 014-193-003-000,

e. Real property located at 845 Tina Way, Madera, Madera County, California, APN: 081-448-026-000,

f. Real property located at 848 Tina Way, Madera, Madera County, California, APN: 081-448-025-000,

g. Real property located at 1051 E. Tuolumne Road, Units C-7 and C-8, Turlock, Stanislaus County, California, APNs: 072-024-026-000 and 072-024-039-000,

h. Real property located at 140 N. DeWitt Avenue, Clovis, Fresno County, California, APN: 491-100-37S,

i. a personal forfeiture money judgment against Felipe Ruiz in the amount of $12,103,037.06, and

j. a personal forfeiture money judgment against Jose Gabriel Aguirre in the amount of $2,609,639.03.

2. The above-listed property constitutes property derived, directly or indirectly, from gross proceeds traceable to the commission of a violation of used, or intended to be used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 982(a)(7).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30

2

*Amended* Preliminary Order of Forfeiture

days from receipt of direct written notice, whichever is earlier.

5. The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant 18 U.S.C. § 982(a)(7), in which all interests will be addressed.

7. This *Amended* Preliminary Order of Forfeiture is entered *nunc pro tunc*, to April 13, 2026, and has the same force and effect of the Preliminary Order of Forfeiture incorporated in the Judgment and Commitments as to both defendants (Dkts. 113 and 114).

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES DISTRICT JUDGE

3                    *Amended* Preliminary Order of
                     Forfeiture